13 CRIM 914

## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Docket Clerk | OFFENSE: Conspiracy to possess with intent to distribute at least 35 grams but less than 50 grams of cocaine base within 1,000 feet of a protected location. A class "B" felony. (21 U.S.C. 841(a)(1),(B)(1)(A)(iii) 846 and 860). |
| | | ORIGINAL SENTENCE: Forty (40) Months followed by Ten (10) Years Supervised Release. |
| FROM: | Marcela L. Bravo<br>Sr. U.S. Probation Officer | SPEC. CONDITIONS: The defendant shall provide the U.S. Probation Officer access to any financial information upon request. The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation, The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition. Having considered the defendant's financial condition, the court finds that he does not have the ability to pay a fine. $100.00 SAF. |
| | | AUSA: To Be Assigned |
| RE: | Noelia Gautier-Rodriguez<br>Docket # 3:08CR0330-20 | |

DATE OF SENTENCE: 12/09/09

DATE: November 07, 2013

ATTACHMENTS:   JUDGMENT X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 25 2013

### ASSIGNMENT FOR TRANSFER OF JURISDICTION

On December 09, 2009, the above-mentioned individual was sentenced as outlined above in the District of Puerto Rico, by the Honorable Gustavo A. Gelpi, U.S. District Judge.

On October 17, 2013, we received a letter from the District of Puerto Rico, advising that the court had signed the Transfer of Jurisdiction Probation Form 22 ordering Ms. Gautier-Rodriguez's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer

of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return the two (2) original Form 22's as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By: *Marcela Bravo/SJ*
Marcela L. Bravo
Sr. U.S. Probation Officer
212-805-5137